JUDGE FRANKLIN D. BURGESS

FILED _____ LODGED
_____ RECEIVED

JAN 2 5 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR05-5914FDB |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED MOTION TO EXTEND INDICTMENT DEADLINE |
| ROBERTO LOPEZ-ANDRADE, | |
| Defendant. | |

Upon the stipulation of the parties to extend the indictment deadline and the waiver of right to speedy indictment executed by the defendant, and based upon the Sealed Affidavit and arguments contained therein filed in support of this Order, the Court finds that such an extension would serve the ends of justice and outweighs the interests of the public and the defendant in a speedy trial; now, therefore,

///
///
///
///
///
///

05-CR-05914-ORD

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  IT IS HEREBY ORDERED that the indictment deadline be extended to April 28,
2  2006. The period of delay resulting from this extension is hereby excluded for speedy
3  indictment purposes under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).
4  DONE this 25 day of January, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/Russell V. Leonard (per telephonic auth.)
RUSSELL V. LEONARD
Attorney for Defendant

s/David Reese Jennings
DAVID REESE JENNINGS
Assistant United States Attorney

Order Extending Time to Indict
U.S. v. Lopez-Andrade (CR05-5914FDB) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800